IN THE SUPREME COURT OF TEXAS

 No. 10-0366

 IN RE JOHN DOES 1 AND 2

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed May 20, 2010, is
granted. The trial court order dated January 29, 2010, in Cause No.
184,784, styled PRK Enterprises, Inc. and Klein Investments, Inc. v.
Google, Inc., Blogger.com, www.operationalkleinwatch.blogspot.com and
www.samtheeagleusa.blogspot.com, in the 172nd District Court of Jefferson
County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 04, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk